1 CATHERINE M. CORFEE SBN 155064
CORFEE STONE LAW CORPORATION
2 6513 Grant Avenue, Carmichael, CA 95608
Telephone: (916) 812-7322
3 Email: corfee.catherine@gmail.com

4 Attorney for Defendant
FLIPSIDE CHRISTIAN CHURCH

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>  Plaintiff,<br><br> vs.<br><br>EL RINCONCITO MEXICAN GRILL, LLC, et al.,<br><br>  Defendants. | No. 1:24-cv-01457-JLT-SKO<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND REQUEST TO WITHDRAW DEFAULT AGAINST FLIPSIDE CHRISTIAN CHURCH AND TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER**<br><br>**(Docs. 14 & 15)** |

COME NOW THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, AND STIPULATE, AS FOLLOWS:

1. WHEREAS, the deadline to respond to the Complaint for Defendant, FLIPSIDE CHRISTIAN CHURCH ("DEFENDANT") was January 21, 2025.

2. WHEREAS, the Defendant FLIPSIDE CHRISTIAN CHURCH, has recently retained counsel and needs additional time to respond to the Complaint.

3. WHEREAS, a default was entered against Defendant FLIPSIDE CHRISTIAN CHURCH on February 7, 2025 (Dkt. 13), and the Parties agree to lift the default against FLIPSIDE CHRISTIAN CHURCH only.

STIPULATION TO SET ASIDE CLERK'S DEFAULT; ORDER

Page 1

4. WHEREAS, the Parties have agreed to extend the time for FLIPSIDE CHRISTIAN CHURCH to respond to the Complaint to March 21, 2025.

5. THEREFORE, it is hereby stipulated and requested that the deadline for FLIPSIDE CHRISTIAN CHURCH to respond to the Complaint shall be extended to and including March 21, 2025.

6. IT IS FURTHER STIPULATED and respectfully requested that the Mandatory Scheduling Conference presently set for March 4, 2025 (Dkt. 3) be continued to a date on or after April 1, 2025, at the Court's convenience.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated: February 21, 2025          CORFEE STONE LAW CORPORATION

By: /s/ Catherine M. Corfee. Esq.
    Catherine M. Corfee,
    Attorneys for Defendant
    Flipside Christian Church

Dated: February 21, 2025          MOORE LAW FIRM, P.C.

By: /s/ Tanya E. Moore

    Tanya E. Moore
    Attorneys for Plaintiff
    Jose Escobedo

**ORDER**

Having considered the Parties' stipulation (Docs. 14 & 15) and good cause appearing, IT IS HEREBY ORDERED that:

1. The default entered on February 7, 2025, against Defendant Flipside Christian Church (Doc. 13) is SET ASIDE;

2. The deadline for Defendant Flipside Christian Church to respond to the Complaint shall be EXTENDED to and including March 21, 2025;

3. The Mandatory Scheduling Conference is CONTINUED to **June 24, 2025**, at 9:45 A.M. before Magistrate Judge Sheila K. Oberto. The parties shall file their joint scheduling report by no later than seven (7) days before the Scheduling Conference.

IT IS SO ORDERED.

Dated:   **February 24, 2025**              /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE