1  CATHERINE M. CORFEE SBN 155064
   CORFEE STONE LAW CORPORATION
2  6513 Grant Avenue, Carmichael, CA 95608
   Telephone: (916) 812-7322
3  Email: corfee.catherine@gmail.com

4  Attorney for Defendant
   FLIPSIDE CHRISTIAN CHURCH
5

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ESCOBEDO, | No. 1:24-cv-01457-JLT-SKO |
| Plaintiff, | **JOINT STIPULATION TO SET ASIDE DEFAULT AGAINST FLIPSIDE CHRISTIAN CHURCH; ORDER** |
| vs. | |
| EL RINCONCITO MEXICAN GRILL, LLC, et al., | (Doc. 30) |
| Defendants. | |

COME NOW THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, AND STIPULATE, AS FOLLOWS:

1. WHEREAS, a default was entered against Defendant FLIPSIDE CHRISTIAN CHURCH as to Plaintiff's First Amended Complaint on April 29, 2025 (Dkt. 29) and the Parties agree to lift the default against FLIPSIDE CHRISTIAN CHURCH only.

2. WHEREAS, the Parties have agreed that FLIPSIDE CHRISTIAN CHURCH will file its response to the First Amended Complaint within 10 days of approval of this stipulation.

1  IT IS SO STIPULATED.

2                                                    Respectfully Submitted,

4
5  Dated: May 2, 2025                    CORFEE STONE LAW CORPORATION

7                                                    By: /s/ Catherine M. Corfee. Esq.
8                                                        Catherine M. Corfee,
                                                         Attorneys for Defendant
9                                                        Flipside Christian Church

11  Dated: May 2, 2025                    MOORE LAW FIRM, P.C.

12                                                    By: /s/ Tanya E. Moore
                                                         Tanya E. Moore
13                                                       Attorney for Plaintiff
                                                         Jose Escobedo

**ORDER**

In view of the parties' stipulation (Doc. 30), and good cause appearing, the default entered against FLIPSIDE CHRISTIAN CHURCH, (Doc. 29), is SET ASIDE. The Court further ORDERS that FLIPSIDE CHRISTIAN CHURCH shall file its response to the First Amended Complaint within 10 days of the date of this Order.

IT IS SO ORDERED.

Dated:   **May 15, 2025**                    /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE